# EXHIBIT A

*106337.001*

11 Pilgrim Street, London, EC4V 6RN ■ p+44 (0)20 7413 0011 ■ f+44 (0)20 7413 0333
DX 91 London Chancery Lane

# crowell moring

Alan W.H. Gourley   •   +44 (0) 20 7413 1342   •   agourley@crowell.com

19 April 2010

**Strictly Private & Confidential**

Simon Tory
Group Company Secretary
Inchcape Shipping Services World Limited
Units 5-7 Lakeside Business Village
Fleming Road
Chafford Hundred
Essex  RM16 6YA
United Kingdom

Re: <u>Retention of Crowell & Moring LLP</u>

Dear Mr. Tory:

This letter will memorialize our agreement concerning the representation of Inchcape Shipping Services World Limited ("ISS" or "Company") by Crowell & Moring LLP ("Crowell & Moring") in connection with a grand jury investigation of, and possible civil False Claims Act lawsuit against, ISS in relation to its pricing practices on U.S. government contracts. Crowell & Moring's current assignment for ISS is limited to the matter described above.

I am resident in both our London and Washington, D.C. office and will be primarily responsible for this matter. I will be assisted by Rick Beizer and Peter Work in our Washington, D.C. office. It is likely that we will call upon other Crowell & Moring lawyers, law clerks, paralegals and other practice support personnel to assist in this matter from time to time. As we learn the full scope of the engagement, we will identify the resources needed and provide you with contact information for each lawyer and fee earner working on the project. Our goal in all such engagements is to keep the number of fee earners working on a particular matter to the minimum necessary to provide excellent legal services efficiently.

Crowell & Moring will charge ISS an hourly fee for the time that our lawyers, law clerks, or legal assistants spend on this matter. My current rate is $735.00 an hour, Mr. Beizer's is $685.00 and Peter Work's is $605.00. Our associate and counsel rates range from $295.00 for the most junior lawyer to approximately $550.00 for counsel.

Our rates generally are reviewed for adjustment annually by the Firm's Management Board and effective as of January 1. We also bill for expenses and other services, including postage, long distance telephone, administrative overtime, photocopies, word processing, travel, messenger services, and meals. The latter will be billed in a separate category to provide you information necessary for your applicable tax returns.

Crowell & Moring   ■   www.crowell.com   ■   Washington, DC   ■   California   ■   New York   ■   London   ■   Brussels

Regulated by the Solicitors Regulation Authority. A list of partners' names is available for inspection at the address shown above.

Simon Tory
19 April 2010
Page 2

    Crowell & Moring renders statements monthly for services performed during the preceding month. These statements are due on receipt.

    Since Crowell & Moring represents a large number of diverse clients, which may include clients involved in activities affecting ISS, we have agreed that the representation of ISS by Crowell & Moring in the present or future matters will not be grounds for asserting a conflict of interest in any work that the firm may do for other clients that is unrelated to Crowell & Moring's current or future representation of ISS. Specifically, we have agreed that Crowell & Moring may represent other clients in matters that do not involve any confidential information that has been obtained by Crowell & Moring in the course of the representation of ISS, even though our representation of the other client or clients may be adversarial to ISS in business transactions, litigation, or judicial or administrative proceedings. We further understand that ISS waives any conflict of interest in any such case, and will not assert any conflict of interest as a ground for disqualifying Crowell & Moring from representing other clients.

    We further understand that ISS is directly or indirectly owned by Dubai World, an entity formed under the laws of the United Arab Emirates. Our representation in this matter is currently limited to ISS, and any of its direct or indirect subsidiaries and associated companies involved in the transactions under government investigation, and does not extend to Dubai World or any of its affiliates or shareholders, including the Government of the United Arab Emirates. Accordingly, our representation of ISS does not give rise to a lawyer-client relationship between Crowell & Moring LLP and Dubai World, the government of the United Arab Emirates or any other shareholder of ISS. Our representation of ISS is conditional upon ISS's agreement that it will not assert any conflict of interest in the event other clients of Crowell & Moring are adverse to ISS's parent, affiliates or shareholders in any unrelated matters.

    We have established procedures to ensure that we remain in compliance with the various anti-money laundering regulations to which we are subject. These include a process for verifying the identity of all new clients and a procedure for reporting suspicious financial transactions. We may need to request additional documents concerning the structure and ownership of ISS, and the identity of its officers and directors, to satisfy these requirements.

    If we know or suspect that a transaction on behalf of a client involves a money laundering offense, we may be required by law to disclose the suspicion to the relevant authorities. If this happens, we may not be able to inform you that a disclosure has been made or of the reasons for it.

    Finally, unless we receive different instructions from you, we will retain files from this matter for five years after its completion. At that time, documents other than those with intrinsic value (such as a deed or contract) will be offered to you and, if not accepted, will be destroyed.

-oOo-

    Subject to the annual review of our standard hourly rates described above, these terms will govern every matter or transaction in which we are engaged by you, including all future

Simon Tory
19 April 2010
Page 3

work, unless we specifically agree in writing to vary the terms of this letter. Your continued instructions will be taken as acceptance of these terms for this matter and for future matters.

If these terms and conditions are acceptable, please sign the enclosed copy of this letter in the space below and return it to me in the attached envelope within ten business days. If we do not receive the countersigned letter or any objections to it within ten days, and with your knowledge we begin work for you, we will treat the terms of this letter as governing our relationship.

Sincerely yours,

Alan W. H. Gourley

Enclosure

AGREED:

Inchcape Shipping Services World Limited

By:_____
    Group Company Secretary

cc:  Peter B. Work
     Richard L. Beizer