## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CROWELL & MORING, LLP**<br>1001 Pennsylvania Ave. NW<br>Washington, D.C. 20004<br><br>    Plaintiff<br><br>    v.<br><br>**INCHCAPE SHIPPING SERVICES WORLD LTD**<br>Units 5-7 Lakeside Business Village<br>Fleming Road<br>Chafford Hundred<br>Essex  RM166YA<br>United Kingdom<br><br>**ISS MARINE SERVICES, INC.**<br>11 N. Water Street<br>Mobile, AL 36602<br><br>**INCHCAPE SHIPPING SERVICES HOLDINGS LTD**<br>Units 5-8, Lakeside Business Village<br>Fleming Road, Chafford Hundred<br>Essex, RM16 6EW<br>United Kingdom<br><br>    Defendants | Civil Action No. 15cv138 (GK)<br><br>Stipulation of Dismissal |

### STIPULATED ORDER OF DISMISSAL

  Pursuant to Rule 41(a)(1)(A)(ii) and (c), Fed. R. Civ. P., Crowell & Moring, LLP (Plaintiffs), and Inchcape Shipping Services World, LTD, ISS Marine Services, Inc. and Inchcape Shipping Services Holding LTD.(Defendants), through their respective counsel, stipulate and agree, subject to the Court's approval, that all claims and counterclaims in this action are dismissed with prejudice.

  Dated: July 8, 2015

| | |
|---|---|
| /s/ Keith J. Harrison | /s/ Christopher Kane |
| | |
| Keith J. Harrison (DC 416755) | Christopher J. Kane |
| **Crowell & Moring LLP** | **Adams and Reese LLP** |
| 1001 Pennsylvania Ave., NW | One Shell Square |
| Washington, DC 20004 | 701 Poydras Street, Suite 4500 |
| (202) 624-25600 | New Orleans, Louisiana 70139 |
| kharrison@crowell.com | (504) 585-0155 |
| | christopher.kane@arlaw.com |
| *Counsel for Plaintiff Crowell & Moring LLP* | |
| | *Counsel for Defendants* |
| | *ISS Marine Services, Inchcape Shipping Services Holdings, Inc., Inchcape Shipping Services World, Ltd.* |